In the Matter of the Judicial Settlement of the Account of Proceedings of ALEXANDER M. CRANE, as Administrator, etc., of MINNA SPORHOSE,

Deceased, Respondent. WILMER J. McALLISTER and Another, Appellants. — Decree of the Surrogate's Court of Westchester county affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.